PFE/RLW: December 2024
GJ #22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **WISAM A. SHARIEFF, and** | ) |
| **BLAKE MILLER BARAKAT,** | ) |
| *a/k/a "Hamna"* | ) |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>:   Conspiracy to Engage in the Sexual Exploitation of Children**

The Grand Jury charges that:

Beginning on or about September 27, 2024, and continuing through on or about October 15, 2024, in Shelby County, within the Northern District of Alabama, and elsewhere, in and affecting interstate commerce, the defendants,

**WISAM A. SHARIEFF,**

**and**

**BLAKE MILLER BARAKAT,**

*a/k/a "Hamna,"*

did combine, conspire, confederate, and agree together to knowingly employ, use, persuade, induce, entice and coerce a minor, who had not attained 18 years of age, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that

have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO:**   **Conspiracy to Receive and Distribute Child Pornography**

The Grand Jury charges that:

Beginning on or about September 27, 2024, and continuing through on or about October 15, 2024, in Shelby County, within the Northern District of Alabama, and elsewhere, the defendants,

**WISAM A. SHARIEFF,**
and
**BLAKE MILLER BARAKAT,**
*a/k/a "Hamna,"*

did combine, conspire, confederate, and agree together to knowingly receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

**COUNT THREE:**   **Sexual Exploitation of Children**

The Grand Jury charges that:

Beginning on or about September 27, 2024, and continuing through on or about October 15, 2024, in Shelby County, within the Northern District of Alabama, the defendant,

**WISAM A. SHARIEFF,**
and
**BLAKE MILLER BARAKAT,**
*a/k/a "Hamna,"*

each aided and abetted by the other, did employ, use, persuade, induce, entice, and coerce a minor, who had not attained 18 years of age, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a).

**COUNT FOUR:  Distribution of Child Pornography**

The Grand Jury charges that:

Beginning on or about September 27, 2024, and continuing through on or about October 15, 2024, in Shelby County, within the Northern District of Alabama and elsewhere, the defendant,

**BLAKE MILLER BARAKAT,**
*a/k/a "Hamna,"*

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that has been transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

**COUNT FIVE:** Possession of Child Pornography

The Grand Jury charges that:

On or about October 15, 2024, in Shelby County, within the Northern District of Alabama, the defendant,

**BLAKE MILLER BARAKAT,**
*a/k/a "Hamna,"*

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and

transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF FORFEITURE
**[18 U.S.C. § 2253(a)]**

As a result of the foregoing offenses alleged in **COUNTS ONE through THREE** of this Indictment, the defendant,

**WISAM A. SHARIEFF,**

shall forfeit to the United States the following:

A. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, computer disk, thumb drive, flash drive, or other matter that contains any such visual depiction, which was produced, transported, mailed, shipped, and received in violation of Chapter 110 of the United States Code;

B. any property, real or personal, used and intended to be used to commit and to promote the commission of such offenses, including but not limited to the following: Apple iPhone (S/N: F7TWV57XLY); and

C. any proceeds or gross profits of the offenses, or any property traceable thereto.

If any property subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a), as a result of any act or omission of the defendants,

**WISAM A. SHARIEFF,**

1) cannot be located upon the exercise of due diligence;

2) has been transferred or sold to, or deposited with, a third person;

3) has been placed beyond the jurisdiction of the Court;

4) has been substantially diminished in value; or

5) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

\_\_\_/s/  Electronic Signature_____
FOREPERSON OF THE GRAND JURY

                                                  PRIM F. ESCALONA
                                                  United States Attorney

                                                  \_\_\_/s/  Electronic Signature\_\_\_\_
                                                  R. LEANN WHITE
                                                  Assistant United States Attorney