FILED

2026 Jan-21  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

My name is Amin Eshaiker and I am writing to offer a character reference for Mr. Wissam Sharieff as the Court considers sentencing. I have known him as a community member he positively influenced. I respectfully request that the Court consider the following context regarding his positive contributions he made to the community.

I was never a troubled kid, but I also wasn't a perfect angel. My upbringing was shaped by the cultural norms and values from the Middle East my immigrant parents worked hard to instill in me, along with the popular culture I was surrounded by growing up in Southern California. Despite my parents' sincere efforts, I found myself identifying more with the culture of this country, which led me towards anti-social behaviors and lifestyle choices that created a growing spiritual void within me.

During that time, I began associating with individuals who did not always have my best interests at heart and who often engaged in unhealthy behaviors. This disconnect within me eventually reached a breaking point. I fell into a deep period of depression and self-imposed isolation, trying to make sense of who I was becoming.

In that darkness, I turned back to the spiritual tradition of my parents—the religion of Islam—in an effort to rediscover myself. I began attending local places of worship on my own, seeking guidance and a sense of belonging that I had never fully accessed before. One of the reasons I had not pursued this path sooner was that the religious spaces of my childhood felt distant and inaccessible; many of the spiritual leaders, often immigrants themselves, struggled to bridge the cultural and linguistic gap needed to connect with second-generation youth like me.

A major turning point in my life came when I attended a Friday sermon by Wissam Sharieff at the Islamic Institute of Orange County in Anaheim, California. For the first time, I heard a religious speaker who not only grew up in the United States but who also articulated the spiritual depth of Islam through relatable popular-culture references, humor personal stories, and a genuine emotional connection. It was the first time I truly felt spiritually understood. I left that sermon feeling inspired, motivated, and eager to learn more about my faith. Since then, I would continue to look to Mr.

Sharieff's public speaking for inspiration.

This renewed sense of purpose set off a series of positive changes in my life. Making a personal transformation to replace my destructive behavior with a healthier lifestyle that brought inner peace.  The values of service, compassion, and caring for the most vulnerable—central teachings of my faith—became guiding principles for me as well. Ultimately, those values led me to establish a 501(c)(3) nonprofit organization dedicated to serving the incarcerated. To this date, our non profit has impacted over 5,000 incarcerated and formerly incarcerated individuals in nearly all 50 states.

I respectfully ask the Court to take this into account when determining his sentence. Thank you, Your Honor, for considering this letter. I am available at any time should the Court require further information or clarification.

Respectfully,


Amin Eshaiker
email | amin.eshaiker@gmail.com
phone | (949) 293-2893

Honorable Judge Manasco                                          March 10, 2025
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5 th Avenue North
Birmingham, Alabama 35203

Re: United States v. Wisam Sharieff

Your Honor,

I am Ayesha Sharieff and I am Wisam s oldest sister. I m writing this letter to share my honest thoughts and feelings with the Court as you decide what sentence best carries out justice. By sharing more about my brother, I hope you will gain a more complete understanding of who he is, why I still support him and why I m asking for leniency.

For as long as I can remember Wisam has had charisma. He s always been someone who people are drawn to. He has a pure and authentic kindness in how he interacts with everyone. Wisam s desire to help others has always stood out and he gets it honestly. We were raised in a home with parents who value social service and believe that if we can help someone, we should. Not only should we but we have a moral obligation to.

Growing up, our home was always occupied by more than just my parents, Wisam, my sister and me. My parents welcomed anyone who needed a place to stay, often providing short-term housing for people going through hard times. Whether it was family coming from overseas to friends or friends of friends, my parents welcomed, housed, fed and clothed them. As children, this kind of home was normal. But as we grew older, I think we all began to recognize how unique this type of family lifestyle was. There was an assumption that the people staying with us were good people, but that may have been a false assumption. In hindsight that lifestyle posed some risk for us as children. I can t speak to how that experience shaped Wisam or whether someone harmed him during that time, but in light of Wisam s current situation, I wonder. Knowing wouldn t excuse Wisam s behavior; however, it would offer insight and possibly some explanation. I think that s what all of Wisam s family and friends are searching for, an understanding.

Wisam is a natural teacher. He often has people coming to him, learning from him and seeking his wisdom. His love of teaching and deep spirituality resulted in him becoming a prominent Muslim leader. Whether it was through formal teaching or informally through social media, Wisam taught thousands of people about the Quran, many of whom are now active Muslim followers. Over the years, Wisam s audience grew larger, and he became more submerged in his career. The evolution was steady overtime, and I believe the pressure intensified as his teaching platforms broadened and his number of students grew. Being a religious leader comes with high expectations of moral perfection and leaves little room for making mistakes or judgmental errors. I suspect the pressure to live a flawless, 100% moral lifestyle became too much and led to terribly flawed judgment.

Like Wisam, I am also an educator. I was a stay-at-home mother devoted to homeschooling my children. When they got older and started attending a traditional

school, I found a job in their school that allowed me to be with them and continue active involvement in their education. Additionally, for the past ten years, I ve been running a homeschooling coop. I teach math, English and history, sometimes. I place a high value on teaching, loving and supporting all children. My own children have grown up with Wisam actively part of their lives. He has always been a loving uncle, and I ve always trusted him fully with my own children.

Learning of Wisam s case was unimaginable. All evidence I d witnessed during his 43 years pointed to a man who deeply values people and who does all he can to protect them from the evils in the world. I certainly can t speak to the facts behind anything Wisam has done, but I ve searched for a reasonable explanation. His actions are juxtaposed to a man who s spent his life committed to spiritual and religious teachings, growth and mentorship. Admittedly, I m heartbroken by what has happened.

In writing and offering this letter of support, I am by no means downplaying or understating the seriousness of what has happened. I haven t lost sight of what was done to a child and the justice necessary for her. Actions have consequences. I believe that spending a period of time in prison is deserved and warranted. I also believe that the most significant opportunity to atone is not found in a small concrete cell.

Wisam has the tools and a strong support system to live in society without causing further harm. He has a large, very involved family and has been a wonderful father to his children. I know how much he can give others. Wisam knows that at the end of the day he s accountable for his own actions, and there is no excuse for what s happened. Regret and remorse are heavy but it s through meaningful action that he can begin making amends. He s begun making amends since his arrest.

While many people in his shoes might make excuses or feel self-pity, Wisam s focus has been 100% devotion to making amends to this child and others hurt by his actions. Instead of spending his time in prison making excuses, he s shown his true character by helping and giving to others. Even inside, people look to him for guidance. There is no chaplain where he is now, so he s been providing sermons every Friday. He s been teaching and sharing his knowledge with others. He helps men find hope. He motivates and inspires them to continue improving themselves despite their past.

I know the positive contributions Wisam can and will make. Regardless of whether he is inside or outside of prison walls, he s committed to self-improvement and making things right. We hold onto hope that Wisam will have an opportunity to make positive contributions to the outside world again.

Thank you for taking the time to read my letter and give serious consideration as you deliberate your decision.

Respectfully,

Ayesha Sharieff

21 Krishnama Road,

Flat # G7,Third Floor,

Chennai 600034 India.

November 17, 2025

Honorable Anna M. Manasco

U.S. District Court - Northern District of Alabama,

Hugo L Black U.S.Courthouse

1729, 5th Avenue,North Birmingham,Alabama 35203.

*Re: United States v Wisam Sharieff*

   It was in the mid nineties when a young person told me " You have a good voice, why don't you use it to positively  impact other people's lives ?  It was an awakening.  This young person put me in touch with myself and the talents that I had within me. My capability.  My Capacity. I took it seriously and worked on it!  Today, I have crossed over two decades engaged in using my voice. I am  a voice over artist also producing documentaries on care of the elderly and other social issues such as unemployment, poverty, illiteracy etc.. in India.  These projects are aimed at individuals and are used to enhance and advance social development in a nation that needs awareness on so many issues. .

   At 69, I am also training youngsters in creating employment opportunities and imparting life Skills which I have acquired from my own nephew Wisam Sharieff. This individual is none other than my inspiration, my nephew,Wisam Shariff.  Wisam has not only impacted my life but hundreds of others too. Through his motivation, sincerity and his ability to relate to others. He is able to see in each person  something special and unique and drives them to reach their true potential.

I appeal to you to give him a chance to enable him to live a more responsible, meaningful and purposeful life. I trust you will consider my appeal. I understand the gravity and the serious nature of his charges and I ask you to consider the good that he has contributed before all of this occurred. Once he has served his time, I am certain he will continue to be someone who will push others to be their best self.

I am available 24/7 for any clarification (0119840023721) and I thank you for your consideration and time.

Thank you very much.

Sincerely,

Ghulam Mustafa Badsha

Ghulam Mustafa Badsha



North Carolina State University is a land-grant
university and a constituent institution of the
University of North Carolina

**Department of Civil Engineering**
CB 7908
Raleigh, NC 27695-7908
M. ShamimurRahman, Ph.D.

Phone: (919) 515-7633
Email: rahman@eos.ncsu.edu

January 16, 2026

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5ₜₕ Avenue North
Birmingham, Alabama 35203

**Re: United States v. Wisam Sharieff**

Dear Judge, Manasco

I have been informed that you will soon be considering the sentencing of Wise Sharieff.

My name is M. Shamimur Rahman. I am a professor emeritus at North Carolina State University.
I have known Sharieff family since my student days at U C Berkeley, and I know Wisam from the
time he was born and have been aware of his early education and teaching activities. We always
thought of Wisam as a young scholar of good character, inspiring other youths to learn and be
good.

Last year, while I was in Malaysia lecturing there as Fulbright Specialist, I was shocked to learn
about the charges against Wisam which to me appeared as unbelievable. However, after more
thoughts on 'human weakness', this sort of 'degradation' is possible for some.

Now this becomes a challenging task for you to decide on the punishment for such a heinous crime.
Not knowing much about the laws, let me dare to say that if you think that Wisam has potentials
for a change (which I think is quite likely), and if it is possible, you may consider a constrained
and monitored freedom' for Wisam.

With best regards,

Sincerely,

*M Siza hmon*

Shamim
M S Rahman, Professor Emeritus
Department of Civil Engineering
North Carolina State University
Box 7908, Raleigh, NC 27695-7908



**Phone:** +1 844-7-PRISON (774766)
**Email:** director.iip@islaminprison.org
**Website:** www.islaminprison.org
**Address:** 642 Forestwood Dr. Romeoville, IL 60446

**Abdul Hasib**
Founder and Director, *Islam in Prison*
642 Forestwood Drive
Romeoville, IL 60446
director.iip@islaminprison.org
(630) 822-3844
10/29/25

**The Honorable Anna M. Manasco**
United States District Court
Northern District of Alabama

**Re: Character Letter on Behalf of Mr. Wisam Sharieff**

Dear Judge, Manasco,

Peace be upon you. My name is **Abdul Hasib**, and I am the founder of *Islam in Prison*, a national nonprofit organization dedicated to supporting incarcerated men and women through education, spiritual rehabilitation, and reentry assistance. I am writing to you on behalf of **Mr. Wisam Sharieff**, who is before the Court for sentencing.

Over the past several months, I have spoken with Mr. Sharieff many times. Our conversations have been long, honest, and deeply emotional. In every one of them, he has expressed profound remorse, shame, and regret for his actions. He has taken full responsibility for everything he has done — without justification or denial — and speaks often about the pain his choices have caused to others, to his family, and to the community that once looked up to him.

It is clear to me that he carries a heavy awareness of his wrongdoing, not as a legal burden alone but as a moral and spiritual one. I have witnessed the language of repentance in him — not words of self-defense, but of brokenness and sincere accountability. He understands that no explanation can undo what has been done, and that trust once lost can only be rebuilt through years of humility, honesty, and good conduct.

In my 25+ years of working with incarcerated individuals across the nation, I have seen how sincere remorse can be a powerful foundation for transformation. Punishment plays its role, but healing and reformation require time, guidance, and structure — not merely years behind bars.

Islam in Prison is a project of Al-Furqaan Foundation is a nation-wide, non-profit, 501 (c)(3) tax exempt organization, founded in Illinois, in 2003. www.Furqaan.org - Tax ID 20-0310701



**Phone**: +1 844-7-PRISON (774766)
**Email**: director.iip@islaminprison.org
**Website**: www.islaminprison.org
**Address**: 642 Forestwood Dr. Romeoville, IL 60446

Mr. Sharieff's willingness to accept full responsibility and to dedicate his remaining years on Earth to service, mentorship, and rehabilitation suggests that he is ready for such a path.

Scriptures remind us:

*"Have mercy on me, O God, according to Your unfailing love; according to Your great compassion blot out my transgressions. Wash away all my iniquity and cleanse me from my sin. For I know my transgressions, and my sin is always before me."* (Psalm 51:1–3)

This psalm, attributed to King David after his own grave moral failing, is one of the most recognized biblical expressions of repentance and accountability.

*"And those who, when they commit an indecency or wrong themselves, remember God and seek forgiveness for their sins — and who can forgive sins except God? — and they do not persist in what they have done while they know."* (Qur'an 3:135)

These verses speaks to the power of acknowledgment and reform. It reflects what I have seen in Mr. Sharieff — a man deeply conscious of his faults and sincerely intent on change.

Your Honor, I humbly ask that you consider these realities as you deliberate on his sentence. A lengthy term of incarceration will not undo the harm that has already occurred, nor will it necessarily advance his rehabilitation. Structured alternatives that focus on treatment, therapy, faith-based rehabilitation, and monitored reintegration could, however, achieve a greater balance of justice — allowing accountability to coexist with restoration and redemption.

Thank you for your time and your commitment to justice tempered with compassion. May your judgment bring balance between the need for accountability and the possibility of renewal.

With sincere respect,
**Abdul Hasib**
Founder, *Islam in Prison*

Islam in Prison is a project of Al-Furqaan Foundation is a nation-wide, non-profit, 501 (c)(3) tax exempt organization, founded in Illinois, in 2003. www.Furqaan.org - Tax ID 20-0310701

**Farrah Mozawalla**

**December 15th, 2025**

Honorable Anna M. Manasco

U.S. District Court – Northern District of Alabama

Hugo L. Black U.S. Courthouse

1729 5th Avenue North

Birmingham, Alabama 35203

**Re: United States v. Wisam Sharieff**

**Dear Judge Manasco:**

I am Farrah Mozawalla, a resident of Woodbury, NY, and I am writing this letter on behalf of Wisam. I have known him since he was a high school student, for over 25 years. I have watched him grow into a mature, responsible, and genuinely considerate young man. From a young age he has consistently stood out as kind, respectful, and hardworking. I was shocked when hearing about this crime. But I can share with you the Wisam that I know.

When my children were younger, he was regularly present, teaching them about religion and offering meaningful guidance and advice. He has consistently demonstrated a genuine commitment to helping others and supporting his community. Whether through volunteering his time or assisting those around him, he approaches his efforts with humility and sincerity.. I do not feel he needs excessive rehabilitation, deterrence, or punishment within the Bureau of Prisons. As a mother and a teacher, I feel confident in saying that Wisam is truly sorry for his actions. I hope that you will see fit to consider him for leniency and mercy.

**Sincerely,**

**Farrah Mozawalla**

November 20, 2025


Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203


Re:     United States v. Wisam Sharieff


Dear Judge Manasco:


I am writing this letter to express my feelings about Wisam Sharieff.

As an educator for over 35 years, educating students from kindergarten to college levls, I have known

Wisam Sharieff for a long time. He was my student in early years.

 Being a family friend, I had a chance to observe his passion for educating children and deeply caring for

their moral development.

I know him to be a person of good character. As I understand his case, he is remorseful of his mistakes

and promises to not committing anything like that again.

Knowing his character and the character of his family members, I strongly believe that a longer prison

sentence will not be of any benefit to him and to the society.

I hope and wish that you consider his good character record in your decision.


Thank you

Fatima Sayeed
Retired Educator
(646) 402-1722

**Haseeb Abdali**

September 18, 2025

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5 th Avenue North
Birmingham, Alabama 35203

**Re: Sentencing Hearing for Mr. Wisam Sharieff**

Dear Judge Manasco,

I am writing this letter on behalf of my friend and Imam, Wisam Sharieff, who is currently before you for sentencing. I have known Wisam for over ten years, and I have always known him to be a kind, hardworking, and loyal person who truly cares for those around him.

I fully understand the seriousness of the mistakes that brought him here today, and I do not take them lightly. At the same time, I want to share with you the side of Wisam that I have seen over the years — the person beyond this case.

Before his incarceration, Wisam was someone who often put others before himself. I remember when he helped kids in our Euless neighborhood.  He was a great mentor for our children.  He was always ready to help community members in any capacity.

Family has always been at the center of his life. He has spoken often about wanting to be a role model for his younger siblings and a source of pride for his mother. Even while incarcerated, he has continued to encourage them with letters and phone calls, reminding them to make good choices and not repeat his mistakes. His love and sense of responsibility for his family remain unwavering.

Since being incarcerated, Wisam has shown me genuine remorse for his actions. He has expressed how deeply he regrets his decisions and the harm they caused, and he has shared with me his determination to change his path. He has taken this time to reflect, to grow, and to plan for a better future. I believe with all my heart that he has the strength and sincerity to live differently moving forward.

Your Honor, I am not asking that you overlook his actions, but rather that you also consider the man I know him to be and the potential he still has to contribute positively to his family and community. With support and guidance, I truly believe he can turn this setback into a turning point.

Thank you for considering my perspective as someone who knows him personally and cares deeply about his future.

Respectfully,

*Haseeb Abdali*

Haseeb Abdali

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
Re: United States v. Wisam Sharieff

Honorable Judge Manasco,

I am writing to request leniency for Wisam Sharieff. I have personally known Wisam since he was a young boy and saw him grow up to a bright young man and became a shining light of not just the Sharieffs but of the community. I can attest to Wisam's character, he is a simple being, with humble attitude. Wisam has been an inspiration to all of us in our family and community with his positive actions and guidance towards becoming a better person both spiritually and socially. Although he is younger than me, I have looked up to him as a beacon and a guiding light with his knowledge and wisdom. He has always dealt with me respectfully and those around him. I can attest with confidence that Wisam is an effective mentor and role model as is evidenced by his many good deeds and actions throughout the course of his life.

Growing up Wisam went through hardship with his Crohn's disease and lot of rehabilitation to restore his health, despite enduring so much in his young life, I can attest Wisam has dedicated his life to be in service to others and helped the community. Wisam's positive actions and guidance towards spiritual and social betterment through his life have made him an inspiration to our entire family and community. This letter is an indication of my knowledge of Wisam's character and provides you with a better understanding of the person Wisam truly is.

Honorable Judge Manasco, as someone familiar with Wisam, his upbringing and family for decades, I am confident that he will always be ashamed, sad and disappointed for his actions and his loved ones will equally suffer. We all need to be often reminded, disciplined and are subjected to punishment for our actions and non-actions. However, people of status, caliber and wisdom of your Honor can best determine the extent of such determination. Please have mercy, Wisam from early age has added positive value to the life of thousands, he genuinely deserves a chance, he is worthy of our kindness. Because of our experience with Wisam and his family, I really do not believe that it would be of benefit to society to incarcerate him for a long period of time under the circumstances. He has realized what wrong was done, with the strong family behind him he will continue to

become a vital support especially to the community and humanity in general. I know he deeply regrets his actions and is eager to lead a compensating life. Any excessive rehabilitation, deterrence, or further punishment within the Bureau of Prisons may not be needed. I am confident that you will find it appropriate to consider him for leniency and mercy.

I welcome an opportunity to discuss this matter with you at length, would you be interested in my thoughts.


Thank you for your kind consideration for leniency and mercy for Wisam.


Sincerely,

Ikram Sharieff

408-219-3349

# Leticia Mendoza

October 24th 2025

Honorable Anna M. Manasco
U.S. District Court - Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Re : <u>United States v Wisam Shareiff</u>

Dear Judge Manasco:

My name is Leticia Mendoza. I have had the privilege of knowing Wisam Shareiff for the past 10 years. I am writing to you today to share with you my experiences with Wisam that truly reflect the kind of person Mr. Shareiff is.

I started working for Wisam and his family over 10 years ago. I've always known him to be a very respectful and compassionate person. And not just to me, but to others that he comes across with. On several occasions I have had either my friend or my daughter helping me with my work and Wisam always treated us with respect. I have witnessed Wisam be a good father to his children and a positive figure in his community. His mission of spreading his faith and strong moral values has always been a quality I found admirable in him. Because of my past experiences, I couldn't help but be shocked when I heard of the news. In instances where I've had to work for him alone, I've always felt completely safe around him. He never once made me or anyone I had with me feel uncomfortable. He would always make sure we were taken care of.

Judge Manasco, I believe Wisam deserves a second chance because of the kind and caring person I know him to be. I know Wisam will use this opportunity to turn around and continue to be a positive influence within his family and his community.

Thank you, Your Honor, for taking the time to consider my words. I hope this letter helped paint a picture of the man I've grown such a fond relationship with over the years.

Respectfully,
Leticia Mendoza

Mohammed Umair

1786 Grange Cir

Longwood, FL 32750

November 5, 2025

The Honorable Anna M. Manasco

United States District Judge

Hugo L. Black U.S. Courthouse

1729 5th Avenue North

Birmingham, AL 35203

**Re: Character Letter for Mr. Wisam Sharieff**

Dear Judge Manasco,

My name is Mohammed Umair, and I am writing to you on behalf of my close friend, Wisam Sharieff. I have known Wisam for over 30 years, and our friendship has spanned much of our adult lives.

I am aware that Wisam is pleading guilty to federal charges, and I understand the serious nature of his offense. Knowing Wisam the way I do, I was shocked, horrified, and deeply hurt when I learned about his incarceration. I acknowledge his criminal actions and do not excuse them in any way. My intention is simply to share my experience of the person I have known for so

many years — a kind, caring, and sincere individual who has shown love and generosity to everyone he meets. My relationship with Wisam goes back to our youth, when we would spend time together on the streets of downtown New York, staying out late with friends and grabbing food from the gyro stand in the city. Over the years, I have seen him in many stages of life — from the time he went overseas to study the Qur'an in Pakistan, to when he moved to Las Vegas and took me horseback riding for the first time. Later, when he relocated to California and went through a difficult divorce, I visited him and we spent long drives together talking through the challenges and helping each other find peace. When Wisam faced setbacks and felt alone, I did my best to support him — helping him get back on his feet, setting up small recording sessions in a closet so he could keep working and stay motivated. Likewise, when I was in a difficult place in 2007, Wisam came to my aid and gave me money to help me grow in my career. Years later, I helped him set up his studio in Texas. We have shared a long and meaningful journey together — full of good times, hard times, and moments of personal growth.

Although we lost touch over the past nine years, I have never forgotten him or the bond we shared. I have seen him evolve and mature over time, learning from his

experiences and striving to be a better person.

Your Honor, I respectfully ask that you consider the full picture of Wisam's life — not only the grave mistake that brings him before you, but also the years of kindness, compassion, and generosity he has shown to so many. I believe he feels deep remorse and is capable of genuine rehabilitation and positive change.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Mohammed Umair

**Mark E. Deevey**
C: 646.279.8893
E: mdeevey@gmail.com

November 21st, 2025

**Honorable Anna M. Manasco**
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

**Re: Character Witness for Wisam Sharieff**

**Dear Judge Manasco,**

My name is Mark E. Deevey and I am currently Director of Engineering for a company in Florida that designs and manufactures safety products, including seat belts for the aviation industry.

I am writing as a character reference for Wisam Sharieff, whom I have known since 2000. We first met in New York when I moved there for school. Despite our families relocating to different parts of the country over the years, we have remained close. Wisam has been a consistent and positive presence in my life and in the lives of my wife and children. He has always treated my family with kindness and respect, and my children looked up to him— especially enjoying his stories and feeling encouraged when he acknowledged them in his online programs.

Because of this long-standing relationship, it has been deeply painful to learn of the allegations against him. I want to be clear that I fully understand the seriousness of these allegations and the profound impact they would have on anyone harmed. I have always known Wisam to have the utmost respect for everyone, adults and children. I find it difficult to believe he would ever intentionally endanger or exploit anyone. I am truly heartbroken for Wisam, his family, and his community and especially heartbroken for anyone he may have harmed.

As someone who has known Wisam for nearly twenty-five years, I know he does not easily forget his mistakes, and I have known him to express deep regret when he has had poor judgement or hurt others.  I am confident that the weight of these allegations will remain with him for the rest of his life.

**Mark E. Deevey**
C: 646.279.8893
E: mdeevey@gmail.com

Based on my experience with him, Wisam is a genuinely remorseful person who understands when he has made a mistake. As a leader, he has never presented himself as someone without fault.  His support of others has helped many transform their lives.

I respectfully ask the Court to consider whether there might be a path forward that allows him to take responsibility for his choices while also contributing something meaningful to the growth of others. I fully appreciate the weight of Your Honor's responsibility in delivering justice. I offer these thoughts with humility and deep respect for the seriousness of this case, and anyone harmed.

Thank you for reviewing my letter as a character witness for Wisam. I am available to provide any further information the Court may require.

**Respectfully,**


Mark E. Deevey

Dr. Mohamed Ismail

December 17, 2025

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Re: United States v. Wisam Sharieff

Dear Judge Manasco:

I understand that Wisam Sharieff will be coming before you very soon for
sentencing. My name is Mohamed Ismail, and I have known Wisam Sharieff since he was born.
His father and I were good friends from high school until my friend's death a few years ago. I am
now 85 years old. I have been a Chicago Public School teacher for over 25 years. I am retired
and still live in Chicago.

I have watched Wisam grow from being a little boy to a young man. When he was in high
school, he lived in Chicago at a boarding school. While there, Wisam was struggling in math,
and I had the opportunity to tutor him for a few months. From the beginning, I've always known
Wisam to be a happy, smiling, fun loving boy, who grew to be a happy, fun loving, caring, and
responsible young man. I have had multiple interactions with Wisam whenever I visited his
father, or his father came to visit me.

I understand that Wisam Sharieff is pleading guilty to his crime. When I heard of the charges
against him, I was in shock and couldn't believe the news. I had a difficult time reconciling the
charges with the person I knew as Wisam Sharieff. Based on what I know of Wisam's
personality, I am sure he feels deep regret and shame for what he has done, and will do his best
to make amends in every way that he can.

I would like to share a view of the Wisam Sharieff I knew. He was the son who took care of his
father when his father was bedridden for 5 years. Wisam would take the time to feed his father
with his own hands, joke with his father to raise his spirits, do his best to entertain him and help
the day to go by in a positive way. Whenever I visited my friend (Wisam's father), I saw Wisam
encouraging his father to have a positive mindset. He would find the old movies and songs that
his father loved in the past, and he would sit with him, spending time watching the movies, and
singing the songs. These actions really struck me because my friend (Wisam's father) was not
an easy patient, or an easy man to be around, especially as his condition worsened. It took a lot
of love, care, patience, and devotion to take care of him. Wisam Sharieff did these things for his
father without complaining or getting upset.

I am extremely disappointed with Wisam regarding the crime he has committed. However, I really feel that he is the kind of person who learns from his mistakes, and will do whatever it takes to keep from ever repeating a crime like that again. The Wisam I know not only deeply regrets his actions, but will live with the guilt of his crimes and do his best to make amends for the rest of his life.

I hope I was able to give you a glimpse of the Wisam Sharieff that I knew through this letter. Unfortunately, I am unable to appear at the sentencing hearing. However, I hope you will take into consideration this letter, and view Wisam Sharieff's case with clemency. Thank you for your time and consideration.

Sincerely,

Dr. Mohamed Ismail

Nadiyah Sayeed
nsayeed77@gmail.com
646-316-0189

November 21, 2025

The Honorable Anna M. Manasco
U.S. District Court- Northern District of Alabama
Hugo L. Black Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

**Re: Character Reference for Wisam Sharieff**

Dear Judge Monasco,

I pray this letter finds you in peace and wellness.  I am writing to you as a character witness for Wisam Sharieff. I feel I am qualified to write this letter because of the duration of time I have known him, the quality and quantity of my experiences with him, and because of unique skills I acquired through my professional experiences.

I am an educational consultant with leadership experience, experience mentoring other educators, and decades of experience primarily serving adolescents with learning disabilities and behavioral disorders. My professional experience allowed me to develop skills in behavioral observation. I have developed a heightened perceptiveness about others because of the observations I am able to make.

As a woman, a mother, and a deeply committed educator, I understand the gravity of the allegations against Wisam and leave the evaluation of evidence and judgment to those who are experienced and qualified in doing so. As a person of faith who believes in service to God, I strive to live my life deeply committed to truth, justice, and equity. The social implications of these allegations on Wisam, his family, his community, and anyone who may have been harmed by his actions are serious and far reaching. I know he has accepted responsibility for his actions but do not know the full details of his case and am grateful that ignorance of those details allows me to more freely share my honest assessment of his character.

I have known Wisam since he was 3 years old. Our parents met at the Sunday school where my parents were teachers. Wisam has two older sisters who are closer to me in age and with whom I became very close.

1

As we grew closer, our families spent more time together and I spent more time in Wisam's home. There were many weekend sleepovers for all the kids at each other's homes. Throughout my teens and into my early twenties, I spent so much time with this family (school holidays, and even summers in college) that others would often ask if I was also a child of his parents. I know of no one else who spent as much time and became as much a part of the family as I did. This closeness continued even after we all started our own families and moved to other states.

When one becomes part of a family, learning about the strengths and weakness, the positives and faults, the good and the bad in each person becomes unavoidable.

If Wisam got in trouble as a kid, I knew why. If he did something foolish as an adult, I still seemed to find out despite living in a different state.

Since I have known him, I have observed that Wisam tends to be more impulsive than most other people. In his youth he was even more impulsive. As an adult, in the work that he chose, the projects he picked up, the partnerships he seemed to form, I would always see traces of his impulsiveness and consequences of impulsive behavior in the outcomes he had. I can confidently say that Wisam is not a planner.

I can also confidently say that Wisam is someone who tells the truth when questioned. Every time I observed him get in trouble and be confronted for his actions, he always and immediately accepted responsibility. There were even times I wondered why he wouldn't find ways to escape the consequences I was sure would be in store for him. I observed this character trait to continue through adulthood.

Despite living a life in which he has had to face many mistakes, Wisam is someone who I have observed to always accept responsibility for his actions and to be committed to telling the truth when confronted.  I have observed him committed to learning and growing as a person from every mistake he has made and then working to support others to grow as well.

Wisam is softhearted to a fault. He tends to see more good in others than seems to exist and is kinder and more accepting of others than the average person. He genuinely cares about helping people. It is my opinion that because of these qualities, he can be easily manipulated.  In my observations of him, I have seen times when I felt he was certainly being manipulated.

I can also confidently say that Wisam is not calculated in his dealings with others. Because of his impulsive nature, he not only unintentionally hurt others or their feelings, but would also find himself in positions where others would say hurtful things to him or want to seek revenge. In these times I observed him to feel deeply remorseful and sincerely committed to repair and amending ties, not out of fear, but from a genuine desire to become a better person. When others

2

hurt him emotionally, I never observed him to hold on to anger or resentment of that person. The last time I saw him, I asked him about someone I know he felt hurt by. I asked him how that hurt aligned with his community work. He effortlessly said that he didn't hold anything against the person who hurt him and felt he had long forgiven him. He added that he respected that person. He even said he felt compassion for the man because he had developed health problems.

In the decades that Wisam held teaching positions and leadership roles, I never observed him to behave inappropriately or disrespectfully with anyone. He is equally present and attentive to anyone who seeks him out and remains authentic to who he is in every circumstance.

As someone who considers Wisam a brother, it has been incredibly painful to learn about his actions.  It is a lifetime of experience with him that helps me to know that wherever Wisam finds himself, he will still find ways to grow and help others grow.  A few months ago, I noticed the statement "In God we trust" carved in the wall at the back of a courtroom. I wondered why that statement was only at the back of the room for the judge, witnesses, and jury to see but not also at the front of the room for the attorneys, plaintiffs, and defendants to see as well. I believe that true justice can only be delivered by God, the knower of every intended and unintended harm. Still, we must all strive to uphold God's laws by fulfilling the rights of every one of His creation. As I wrote this letter of character reference I reminded myself of those words on the courtroom wall. I know that Wisam chooses to live his life placing his trust in God even when he has made mistakes.  I pray that all those involved in this case can put their trust in God and are guided towards a justice and equity that pleases God above all.

Thank you for taking the time to read my letter of character witness for Wisam.

Respectfully,

Nadiyah Sayeed
M.S.Ed., Ed.S

3

# **Nelson Mendoza**

October 24th 2025

Honorable Anna M. Manasco
U.S. District Court - Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

### Re : <u>United States v Wisam Sharieff</u>

Dear Judge Manasco:

My name is Nelson Mendoza. I am writing to you today to help you get to know Wisam Shareiff from my perspective and what kind of a person I know him to be. I have known Wisam for about 10 years and cleaned his house and office along with my wife. Because of this work I've grown an important relationship with him.

Judge Manasco, I understand the severity of the situation. When I found out about the news, I was in shock. I always knew Wisam as an honorable family man, especially to his children. I used to help my wife with cleaning his house and his office. I would see him at least once a week. He's always been a really kind, respectful, and educated person. We would always have good and honest conversations. He was never the kind of person to talk down on anyone. Over the years we developed a strong relationship to the point where he would tell his kids I was their uncle. We always felt like family. When I first met Wisam and his family, I saw how dedicated he is to his religion and his calling to spread his faith to everyone regardless of gender and age.

Your Honor, I kindly ask that you take the qualities I've seen in Wisam over the years into consideration. I truly believe that Wisam is surrounded by a very strong and loving community who will help him learn and grow from this. Please know that my words come from many years of firsthand experience of knowing Wisam as an honest and kind man.

Thank you for your time and consideration.

Respectfully,
Nelson Mendoza

**Sageer Sharieff**
46034 Earle Wallace Circle
Sterling, VA 20166
Email: sageer70@hotmail.com
Phone: +1 571-326-4123

December 23, 2025

**Honorable Anna M. Manasco**
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

**Re: United States v. Wisam Sharieff**

Dear Honorable Judge Manasco,

I respectfully submit this letter in advance of the sentencing of Wisam Sharieff, whom I have known since the day he was born. I write with humility and deep respect for the Court, fully acknowledging the seriousness of the matter before you.

Wisam Sharieff comes from a caring and respectable family and throughout his life consistently demonstrated strong moral character. From a young age, he devoted himself to Islamic studies, memorizing the Holy Quran early in life and later attending renowned institutions. He went on to teach thousands of individuals—both in person and online—while inspiring youth to respect their parents, conduct themselves responsibly, and contribute positively to society.

During his years in New York, Wisam Sharieff was widely viewed as a role model for young people. After relocating to Texas, my contact with him became limited, and I was deeply shocked to learn of his recent conviction. While I cannot reconcile these events with the person I have long known, I acknowledge that Wisam Sharieff has accepted responsibility and admitted his guilt.

I respectfully ask the Court to consider Wisam Sharieff's lifelong service to his community when determining his sentence. He founded an Islamic school, taught the Quran, accompanied individuals on Hajj and Umrah, and was invited to speak at mosques and community venues nationwide and internationally. To my knowledge, this appears to be his first involvement with criminal conduct.

Based on his history, demonstrated remorse, and character, I am confident that Wisam Sharieff will never repeat these mistakes if shown mercy. He is well-mannered, kind, and generous, and I sincerely believe leniency would serve both justice and rehabilitation.

Thank you, Your Honor, for your time and thoughtful consideration.

Respectfully submitted,

Sageer Sharieff

Shabana Sharieff 10/26/2025

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Re:  **United States v. Wisam Sharieff**

**Dear Judge Manasco,**

My name is **Shabana Sharieff**, and I am a 53-year-old high school science teacher at a faith-based private school in College Park, Maryland. I live in Laurel, Maryland with my husband and four children. I am **Wisam Sharieff's first cousin**; his father was my father's youngest brother. Our fathers were the first two members of our family to immigrate to the United States from India—my father in 1966, and Wisam's father in the early 1970s. Because of that shared history, our families have always been especially close. I remember the day Wisam was born and have watched him grow into a kind, thoughtful, and service-oriented man.

Both of our fathers passed away in 2020, within thirty-six hours of each other. I would like to share one memory that captures the Wisam I know. The day before my father died, Wisam—though his own father was gravely ill in Dallas—flew to Baltimore to visit his uncle one last time. My father was bedridden and unconscious from end-stage Alzheimer's disease. With quiet competence and tenderness, Wisam helped the home health aide bathe and reposition him, ensuring he was comfortable. He then sat beside him and prayed for his mercy and peace. Just a few days later, when both of our fathers had passed, Wisam led a family prayer over Zoom for the two men who had shaped our family's journey in this country. That moment of compassion and leadership gave our family great comfort in a time of profound grief.

I am aware that Wisam is before you today for sentencing on a federal charge. It is deeply difficult for me to reconcile this situation with the man I have known since I was 10 years old. The Wisam I know greets others with warmth, humor, and humility. He is devoted to his family and takes his children to visit their aunt every weekend. He has dedicated his adult life to teaching the Qur'an and the Arabic language, helping others understand faith, discipline, and moral purpose. He has faced his own physical struggles with Crohn's disease, yet has always spoken of life's challenges as opportunities for reflection and personal growth.

I cannot speak to the legal aspects of his case, but I can speak to his **character**—to his empathy, integrity, and lifelong commitment to helping others learn and grow. I believe sincerely that Wisam has the capacity to reflect, to take responsibility, and to rebuild his life in a way that benefits his family and community. I hope the Court will take into account the person he has been for decades and the good he is capable of doing in the future.

Thank you for taking the time to consider my perspective.

Respectfully,
Shabana Sharieff
(301) 768 - 9032
mssharieff2006@gmail.com
Laurel, Maryland

**Honorable Anna M. Manasco**
**U.S. District Court – Northern District of Alabama**
**Hugo L. Black U.S. Courthouse**
**1729 5th Avenue North**
**Birmingham, Alabama 35203**

**Re: United States v. Wisam Sharieff**
**November, 10, 2025**

Dear Judge Manasco:

I hope this letter finds you well. My name is Sidra Sharieff, and I am writing to you as the niece of Wisam Sharieff. Wisam is my father's second cousin, and I have had the privilege of knowing him for many years. Professionally, I am a business analyst with a background in international studies, and I approach this letter with the understanding of both the legal process and the human side of the matter at hand.

As I write to you today, I want to emphasize that Wisam is a kind and gentle person who has always shown warmth and compassion. Whenever he is in the presence of my family and me, I feel safe and supported. While I recognize that Wisam has pleaded guilty to the charges against him, I truly believe that he is someone who deserves an opportunity for redemption. His character and the positive impact he has had on those around him demonstrate his capacity for growth and change.

I'll never forget the day Wisam taught me how to pronounce an Arabic verse. He explained it with such patience and humor, saying, "The cat feels cool: Ka fee roon," referring to *Al-Kafiroon*, one of the opening chapters of the Qur'an. Wisam is a wonderful Qur'anic reciter with a natural gift for teaching and sharing knowledge.

Wisam has a remarkable presence. Whenever he walks into a room, his big smile lights it up. He has a warm, welcoming personality, always kind, generous, and thoughtful. I learned so much from him, not only about faith but about kindness and humility.

Beyond his teaching, Wisam is a truly compassionate person. He once took me and my family, all ten to fifteen of us, to the aquarium and the gym, simply out of his generosity. He cared deeply for others and was incredibly selfless in the way he has lived. I'll never forget when he gave my family and me coffee mugs as a gift, a small but meaningful gesture that reminded us

of Texas and of him. To the world, he is Wisam, but to me, he is my uncle. This is just one example of the many wonderful things that define who Wisam is: a son, a brother, and a father. His smile, gracious spirit, and sense of humor made everyone around him feel valued and loved.

Judge Manasco, Wisam is someone who truly deserves another chance. I genuinely believe that keeping him incarcerated for a long time would not benefit him or society. He has a strong support system through his family and loved ones, and I know he will continue to grow and learn from the choices he's made both in the past and moving forward.

I'm aware of the details of his case, and I know in my heart that he is truly remorseful for his actions. I don't believe he needs harsh punishment or long term rehabilitation. I believe he needs understanding, guidance, and the opportunity to rebuild his life. Please consider this when deciding on your sentence for the case.

I sincerely hope you will show him leniency and mercy, and give him the chance to continue becoming the good, caring person that so many of us know him to be. Wisam is a kind and gentle soul. I hope this letter helps you see what a kind and genuine person he is, someone who made a lasting difference in the lives of those who knew him.

Sincerely,
Sidra Sharieff

**Syed W. Quadri, CPA, PC**

P O Box 100, Farmingdale, NY 11735-0100
T: +1 516 236 9109 / +1 800 469 0198
F: +1 516 776 9340
E: squadri@swqpc.com

November 1, 2025

Honorable Anna M. Manasco
U.S. District Court – Northern District of Alabama
Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203

Re: <u>United States v. Wisam Sharieff</u>

Dear Judge Manasco, I hope for all well at your end!

I have known Wisam Sharieff, his parents, siblings as well as extended family for over two decades through my son who had spent several hours a day around the age of 5 years or so at Wisam's house mainly for learning day-to-day etiquette and manners. My son has played with and even learnt from Wisam and used to speak of him as a big brother. I personally saw Wisam growing up, he always came across well-behaved and humble with people of all ages and genders. I can speak of several good reasons for him being an effective mentor and role model. Indeed, this letter is an indication of my feelings for and knowledge of Wisam and provide you with a better understanding of the person he truly is.

Judge Manasco, as someone familiar with Wisam, his upbringing and family, I am confident that he will always be ashamed, sad and disappointed for his actions and his loved will equally suffer. We all need to be often reminded, disciplined and are subjected to punishment for our actions and non-actions. However, people of status, caliber and wisdom of your honor can best justify the extent of such determination. Please have mercy, Wisam from early age has added positive value to the life of thousands, he genuinely deserves a chance, he is worthy of our kindness. Because of our experience with Wisam and his family, I really do not believe that it would be of benefit to society to incarcerate him for a long period of time under the circumstances. He has `realized what wrong was done, with the strong family behind him he will continue to become a vital support especially to the community and humanity in general. I am aware of the fact that he deeply regrets his actions and is eager to lead a compensating life. Any excessive rehabilitation, deterrence, or further punishment within the Bureau of Prisons may not be needed it will deprive the community from benefiting him. I am confident that you will find it appropriate to consider optimum leniency and mercy for Wisam.

I welcome an opportunity to discuss this matter with you at length, would you be interested in my thoughts. I am also available to appear in front of you to provide a brief statement at that time.

Respectfully,

Syed W. Qwuadri, CPA
SwQ/pp
Enclosure: None

SwQ CPA PC

December 16, 2025

Honorable Anna M. Manasco
United States District Judge
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL  35203

Dear Judge Manasco:

My name is Dr. Gina DeBarthe, and I am a speech-language pathologist employed by the
Denver Public School System in Denver, Colorado. I am grateful for this opportunity to
share my perspective on my husband, Wisam Sharieff.

Wisam has been my husband for over three years, so I was shocked and disgusted when I
saw the child abuse videos on his smartphone. As a mandated reporter, I knew I had a duty
to contact the authorities regarding the criminal activity. I am the person who called the
Alabama Department of Human Services to report the existence of the videos.

My husband and I have ongoing, painful conversations about the harm done to the victim
in this case. Wisam knows he was wrong to encourage the victim's mother to film these
videos. He made no excuses for his terrible choices. He knows he crossed a red line and
committed a serious crime. I am glad he accepted full responsibility for his actions and
pleaded guilty in court.

I first met Wisam six years ago through the AlMaghrib Institute. I enrolled in an online
Quran course after becoming a Muslim. I appreciated Wisam's gifts for teaching and
scholarship. He motivated me to learn more about Islam and deepen my spiritual practice.
Over time, we developed a personal friendship, which turned into a romantic relationship
and, subsequently, a marriage.

Wisam was born in Connecticut and grew up in Long Island. His mother's career as a
pediatrician inspired Wisam to train as a radiology technician. Later, his life changed when
he decided to devote his life to his religion.

Wisam enjoyed an excellent reputation as a preacher and humanitarian. When he spoke,
listeners paid close attention to every word. He changed many people's lives for the better.
He lifted people when they were at low moments in their lives. My husband raised funds to
care for sick and suffering people through charities such as Mercy Without Limits, Islamic
Relief, and Helping Hands USA. Wisam traveled overseas to construct infrastructure and
provide essential services for refugees on behalf of Helping Hands USA. He taught the
Quran to deaf people. He would perform random acts of kindness for strangers, such as
spontaneously paying their restaurant bill or buying groceries for the person behind him in
the checkout line.  When my ex-partner was in the ICU, Wisam supported and comforted
my children and me.

I love my husband for his brilliance and devotion to service. I also know that he survived sexual abuse at the hands of multiple adult family members. This childhood sexual trauma contributed to his cannabis dependence and struggles with sex addiction. A few years ago, Wisam sought treatment for his behavioral health issues. He attended a retreat for people struggling with trauma-induced neurological sex addiction. After the retreat, Wisam organized a Zoom group with his peers to continue their group therapy. My husband recognized he had a problem and needed help. His hard work in recovery made his criminal acts even more confusing and heartbreaking for me.

It was devastating to see the harm my husband caused in this case. I am still reckoning with how the same person could be such a gifted spiritual teacher and make such destructive personal choices. Wisam is just beginning a long journey of atonement for his crimes. He has spoken at length about his remorse for how he hurt the victim in his case. He also asked me for my forgiveness for the pain he caused me. Your Honor, I have forgiven Wisam and intend to stay married to him.

I believe it is essential to share that I, too, am a survivor of child sexual abuse. I carry the lifelong scars of the trauma inflicted on me starting at the age of 4. I profoundly understand how this trauma will continue to shape the victim's life as she goes forward.  When I reported, as painful as it was, my first thought was for the victim. As a survivor, I couldn't imagine allowing something like this to continue.

Wisam has already started making amends. He has tutored his fellow inmates to help prepare them for the GED exam. He has completed more than 30 personal development courses. He leads Friday prayers for the Muslim community at his facility. He is also receiving behavioral health treatment for sex addiction and pornography.

Your Honor, as someone who has a research doctorate, I have taken the time to research the literature base to find evidence-based practice for individuals convicted of similar offenses to Wisam's, in particular those charges involving child sexual abuse material (CSAM). The US Department of Justice's SOMAPI initiative and the Colorado Sex Offender Management Board  (SOMB) initiatives indicate a link between reduced recidivism and the successful completion of sex-offense treatment programs. SOMB 2025 found that adults who completed treatment had a recidivism rate of 1.1% within three years (with no convictions), compared to 3.3% for those unsuccessfully discharged. Nationally, SOMAPI (2015) demonstrates that cognitive-behavioral treatment programs significantly affected recidivism rates in a synthesis of existing research. Studies reviewed included reductions in recidivism of 37% to 57% after treatment.

Here are three studies highlighted from theSOMAPI (2015)

1. Lösel and Schmucker (2005): 11.1% sexual recidivism rate for treated offenders vs. 17.5% for untreated (absolute reduction of 6.4 percentage points, or ~37% relative reduction).

2

2. Hanson et al. (2009): 10.9% sexual recidivism rate for treated offenders vs. 19.2% for untreated (absolute reduction of 8.3 percentage points, or ~43% relative reduction).
3. MacKenzie (2006), focusing on cognitive-behavioral/relapse prevention treatment in high-quality studies: 9% recidivism rate for treated offenders vs. 21% for untreated (absolute reduction of 12 percentage points, or ~57% relative reduction).

Furthermore, programs tailored explicitly to CSAM offenders without contact, such as the CEM-COPE Program in Victoria, Australia (Henshaw et al., 2020), address key factors like sexual deviance, emotional dysregulation, and internet use patterns, which differ from those of contact offenders. Wisam's ongoing participation in behavioral treatment for sex addiction and pornography aligns with this evidence-based support. I am confident that continued access to treatment will support his low risk of reoffending and allow him to contribute to society, if and when he is released. I have attached copies of the studies for the court to review.

Your Honor, my husband knows he is facing serious consequences for his criminal acts in this case. Wisam is committed to serving his sentence in peace and contributing positively in every possible way. I am confident he will use his story to help other people make better choices than he did. Wisam and I are already collaborating on a book about addiction. If and when he is released, I will welcome him home and ensure he complies with any restrictions imposed upon him.

I pray that this legal process affords the victim some measure of justice. I will pray for her well-being for the rest of my life. I will also pray for my husband as he accepts his sentence with humility. I hope this court will consider how Wisam's terrible choices fit into the context of his whole life story. Thank you for taking the time to read this letter.

With respect,

Dr. Gina DeBarthe