FILED

2026 Jan-21  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Sex Offender Management Board**
# 2025 Recidivism and Desistance Outcomes Project

## Project Overview

The Sex Offender Management Board (SOMB) has undertaken a critical research initiative to assess recidivism and desistance outcomes among individuals who have undergone sex offense-specific treatment. This study, mandated by House Bill 16-1345, leverages data from the SOMB's Provider Data Management System (PDMS) to track post-treatment outcomes and enhance evidence-based policies[1].

## Successful Treatment Linked to Reduced Recidivism and Positive Desistance Trends: A Promising Outlook[2]

- **Adults who successfully completed treatment had lower rates of sexual and violent recidivism compared to those who were unsuccessfully discharged.** Only **1.1% of adults successfully discharged** from treatment while residing in the community had a new sex offense charge within three years, and none had a new conviction. In contrast, **3.3% of unsuccessfully discharged** adults had a new sex offense charge within three years, and 2.6% had a conviction.[3] Of the charges and convictions recorded, a majority involved non-contact sexual offending.

- In terms of violent recidivism, **4.3% of adults successfully discharged** from treatment while residing in the community had a new violent offense charge within three years as compared to **17.2% of adults unsuccessfully discharged** had a new violent offense charge within three years. These rates are inclusive of new sexual offenses.

- Compared nationally, the literature review found that the sexual recidivism rates in routine state parole and probation samples ranged from 3.5% to 10% over three to ten-year follow-up periods. **The rate for individuals who successfully completed treatment in Colorado was substantially lower than these figures**.

## Study Limitations & Next Steps

While this study provides positive insights into the impact of the *Adult Standards and Guidelines*, implications should consider the study limitation regarding subgroup sizes, parole interactions, and the short follow-up period (under three years). Future research will:

- Compare observed versus predicted recidivism rates
- Incorporate evaluation and polygraph data to determine the impact of these interventions
- Use findings to refine treatment standards and inform policy

## Why This Matters

The insights from this project will drive improvements in treatment effectiveness, enhance public safety for victims/potential victims, and support evidence-based criminal justice policies. By identifying the factors that contribute to successful rehabilitation, the SOMB aims to reduce recidivism and promote long-term desistance for those in treatment under the *Adult Standards and Guidelines*. For the full report and to learn more information, scan the QR code below or visit the SOMB.

---

[1] This report is a product of the SOMB as mandated by § 16-11.7-101(2), C.R.S. This report and the recommendations herein do not necessarily represent the views of Colorado's Governor's Office, Office of State Planning and Budgeting, the Colorado Department of Public Safety, or other state agencies.

[2] The full data sample included 1,004 adults successfully matched to a Colorado criminal record case and who were discharged from sex offense-specific treatment and entered in the SOMB Provider Data Management System (PDMS) between October 2019 and January 1, 2024. Individuals in the study had various follow-up periods.

[3] New filings for sexual offenses included both non-contact (e.g., indecent exposure and viewing child sexual exploitation material) and contact sexual offenses (e.g., sexual assault), but do not include Failure to Register charges.



