# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:24-CR-485-AMM-NAD-1** |
| | ) | |
| **WISAM SHARIEFF** | ) | |

## <u>MOTION TO FILE DOCUMENT UNDER SEAL</u>

COMES NOW the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and R. Leann White, Assistant United States Attorney, and move the Court for permission to file a certain document under seal.

Respectfully submitted, this the 25th day of January 2026.

        PRIM F. ESCALONA
        United States Attorney


        <u>/s/ R. Leann White</u>
        R. LEANN WHITE
        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed using the Court's CM/ECF system and that a copy of same has been served upon counsel for the defendant via the same system.

                                           */s/ R. Leann White*
                                           R. Leann White
                                           Assistant United States Attorney